IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD,

    Plaintiff,

v.

NATIONAL RIFLE ASSOCIATION, *et al.*,

    Defendants.

No. C 13-80263 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE