IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re*:

PATRICK A. MISSUD.

_____/

Nos. C 13-80263 WHA;
C 12-03117 WHA

**ORDER RE PAPERS SUBMITTED BY PATRICK MISSUD ON JANUARY 29**

In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 3:12-cv-03117-WHA, 2012 U.S. Dist. LEXIS 137351, at *9–10 (N.D. Cal. Sept. 24, 2012). In 2013, the 2012 vexatious litigant order was expanded to make all of Patrick Missud's filings in this district subject to pre-filing review. He was also fined $100 for violation of FRCP 11 and the 2012 vexatious litigant order. *Missud v. National Rifle Association, et al.*, No. 3:13-mc-80263-WHA, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013).

On January 29, Patrick Missud submitted a "motion for reconsideration of Judge Gold$mith'$ [sic] unfounded January 16, 2014 di$mi$$sal of the RICO-operating $tate bar," noticed for a hearing on "March x, 2014 [sic]" at the Superior Court of California, County of San Francisco. *Missud v. $tate Bar of California, et al.*, No. CGC-13-533811 (Superior Court of California, County of San Francisco). The Clerk is **HEREBY ORDERED** to return to Patrick Missud the papers submitted for they are not properly before this Court. Patrick Missud is hereby warned that another attempt to file such papers may result in monetary sanctions.

**IT IS SO ORDERED.**

Dated: January 29, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE